UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LISI,

Plaintiff,

*-against-*

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendant.

**ORDER**

24-CV-02561 (ER)

RAMOS, D.J.:

Nationwide Mutual Insurance Company removed this case from the Supreme Court of New York, County of New York on April 4, 2024. Doc. 1. Since then, the parties expressed their pursuit of global mediation for the instant action and a separate action filed by Robert Lisi against a water remediation contractor, ServePro, in the Supreme Court of New York, County of Orange under index number EF001197-2025. Docs. 17, 20, 22, 24. On January 20, 2026, Nationwide requested leave to file a third-party complaint against ServePro, Doc. 24, and Lisi did not oppose the request, Doc. 26. On January 23, 2026, the Court granted Nationwide leave to file a third-party complaint against ServePro. Doc. 27. However, since then, there has not been any activity in this case. The parties are therefore directed to file a status update by October 29, 2026 that includes the status of global mediation, and their positions on the propriety of closing this case.

It is SO ORDERED.

Dated: October 22, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.